

# UNITED STATES DISCTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jonathan Ascary LEMUS-Ayala, )<br>)<br>Defendant. )<br>) | Magistrate Case No. '17MJ3557<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section<br>1324(a)(2)(B)(ii)-<br>Bringing in Unlawful Alien(s) for<br>Financial Gain |

The undersigned complainant being duly sworn states:

On or about September 26, 2017, within the Southern District of California, Defendant, Jonathan Ascary LEMUS-Ayala, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Wei Wei SHAO and Bing Fan GAO had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGANTURE OF COMPLAINANT
Linnet Edasi, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this 26th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Wei Wei SHAO and Bing Fan GAO, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 26, 2017, at approximately 4:18 a.m., Jonathan Ascary LEMUS-Ayala (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the Otay Mesa Port of Entry as the driver and sole visible occupant of a 2003 Toyota Corolla. Upon inspection before a Customs and Border Protection Officer (CBP), Defendant presented California birth certificate, stated he was going to Chula Vista, California he had nothing to declare from Mexico. The CBP Officer inspected trunk of the vehicle and discovered persons concealed inside. Defendant and the vehicle were escorted to secondary inspection for further investigation.

In secondary, a CBP Officer assisted two males out of the trunk of the vehicle. They were later identified as Wei Wei SHAO (MW1) and Bing Fan GAO (MW2) who was determined to be a citizen of China without legal documents to enter the United States.

MW1 and MW2 admitted they are citizens and nationals of China without legal documents to enter the United States. MW1 and MW2 stated he made arrangements to be smuggled into the United States and agreed to pay from $13,000 USD to $60,000 USD once in the United States. They both admitted they intended to travel to Los Angeles, California.